ANTHONY PROVENZANO, PLAINTIFF-PETITIONER, v. BUILDING SERVICES CORPORATION OF NEW JERSEY, DEFENDANT-RESPONDENT.

*Messrs. Warren, Chasan, Leyner & Holland* for the petitioner.

*Messrs. Beggans & Keale* and *Mr. Geoffrey Gaulkin* for the respondent.

May 16, 1967. Denied.

FIRST SAVINGS & LOAN ASSOCIATION OF EAST PATERSON, PLAINTIFF-PETITIONER, v. CHARLES R. HOWELL, COMMISSIONER, *ETC., ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Cole, Berman & Garth* and *Mr. Sidney J. Bernstein* for the petitioner.

*Messrs. Morrison, Lloyd & Griggs, Mr. August Schedler* and *Mr. George A. Brown* for the respondents.

May 16, 1967. Denied.

IN THE MATTER OF THE APPLICATION OF WILLIAM DEGINA FOR A WRIT OF *HABEAS CORPUS.*

See same case below: 94 *N. J. Super.* 267.

*Messrs. Goodman & O'Dea* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Carlos Peay, Jr.* for the respondent.

May 29, 1967. Denied.